United States District Court
Southern District of Texas
ENTERED
SEP 18 1998
Michael N. Milby,
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 17 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANNA ARANA AND JULIO ARANDA     *
    *
VS.     *    CIVIL ACTION
    *    NO. B-89-089
DRUG ENFORCEMENT ADMINISTRATION     *

## ORDER TO STRIKE

This cause of action was filed on May 26, 1989. Defendant was never served and this Court had entered an Order of Dismissal on May 11, 1993.

Twenty-three months after the dismissal a pleading entitled "Motion for Writ to Compel Agency Action Pursuant to Title 28 U.S.C. 1361 And For Summary Judgment" was filed in the closed cause of action. This Court finds that the filing of such motion was improvident.

It is therefore Ordered that this pleading be struck from the record.

Done at Brownsville, Texas, this __17TH__ day of September, 1998.

_____
John Wm. Black
United States Magistrate Judge